IN THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In RE: | | |
| ZACHARY J.L. SEVERNS, SR. | ) | BANKRUPTCY CASE NO. 19-70533 |
| Debtor | ) | |
| | ) | MOTION NO. |
| PEOPLES NATURAL GAS COMPANY, LLC | ) | CHAPTER 13 |
| | ) | |
| Movant, | ) | |
| vs. | ) | |
| ZACHARY J.L. SEVERNS, SR., and RONDA J. WINNECOUR, ESQUIRE, Trustee | ) | |
| Respondents. | ) | |

**NOTICE OF ZOOM HEARING WITH RESPONSE DEADLINE REGARDING MOTION OF PEOPLES NATURAL GAS COMPANY, LLC SEEKING TO INCREASE YOUR PLAN PAYMENT TO COVER YOUR UTILITY BILLS**

TO THE DEBTORS AND ALL RESPONDENTS:

You, (the Debtor), have not paid your post petition utility bills as and when they became due. The Peoples Natural Gas Company, LLC is entitled to seek to terminate your utility service because of this failure to pay the bills.

The PEOPLES NATURAL GAS COMPANY, LLC understands that your utility service is vital to your health and safety and to the success of your Chapter 13 Plan. In past hearings, the majority of Debtors in this District have asked the Court to include their utility payments in their Chapter 13 Plan to avoid the possibility of termination. Because this appears to be the solution preferred by most Debtors, the PEOPLES NATURAL GAS COMPANY, LLC, instead of seeking to terminate your utility service at this time, is asking the Bankruptcy Court in this Motion to require the Debtor ("you") to pay your post petition delinquent utility bill and your ongoing monthly utility budget as part of your Plan payment to the Chapter 13 Trustee. **If the Court grants this Motion, your Plan payment will increase and, if you have a wage attachment, your wage attachment will increase**. This increase will pay your post petition utility bill, and you will no longer have to pay the PEOPLES NATURAL GAS COMPANY, LLC directly. If you want this to happen, you do not need to do anything else.

If you do not want this to happen, then you or your attorney must file with the Clerk and serve upon the undersigned attorney for the Movant S. James Wallace, a written response to the attached Motion. This Response must be filed and served in accordance with the Federal Rules of Bankruptcy Procedure, Local Rules and Procedures of this Court, and the procedures of the presiding Judge as found on the Judge's web page at www.pawb.uscourts.gov. Both the Clerk and the Attorney must receive your written response on or before November 21, 2021, (Seventeen (17) calendar days after the date of this Notice). If your written response is not received by this date, the Bankruptcy Court will grant this Motion without a hearing. See Local Bankruptcy Rule 9013.4.

If you do not file a Response but pay all the delinquent bills and any security deposit due on your post petition account before the date a Response is due, November 21, 2021, **and you advise the attorney in writing of your payment before the Court enters a default Order**, the PEOPLES NATURAL GAS COMPANY, LLC may be willing to withdraw this Motion without prejudice, if time allows. If you do file a Response but then pay all the delinquent bills and any security deposit due on your post petition account before the hearing date set by the Court, the PEOPLES NATURAL GAS COMPANY, LLC may be willing to withdraw this Motion without prejudice. **You should take this paper to your lawyer at once. He or she will explain exactly what is happening, what this means to you and what your options are**.

A Zoom Video Conference hearing will be held on **December 8, 2021 at 10:00 A.M.** before  Judge Jeffery A. Deller via the Zoom Video Conference Application ("Zoom").  To participate in and join a Zoom Hearing, please initiate and use the following link at least ten (10) minutes prior to the scheduled Zoom Hearing time:  https://www.zoomgov.com/j/16009283473, or alternatively, you may use the following Meeting ID: 160 0928 3473. All participants are required to appear by Zoom and must comply with the *Notice of Temporary Modification of Procedures before the Honorable Jeffery A. Deller for Matters Scheduled On or After January 1, 2021* (Judge Deller's Zoom Procedures"), which can be found on the Court's website at http://www.pawb.uscourts.gov/content/judge-jeffery-deller.   Persons without video conferencing capabilities must immediately contact Chambers staff at (412) 644-4710 to make alternative arrangements. Absent emergency circumstances, such arrangements must be made no later than three (3) business days prior to the hearing.

All persons are reminded that pursuant to the Court's Notice and Order, and as set forth in Judge Deller's Zoom Procedures, the public's recording or duplication of any audio or video of the hearing is strictly prohibited.

Only a limited time of 10 minutes is being provided on the calendar.  No witnesses will be heard.  If there is an issue of fact, an evidentiary hearing will be scheduled by the Court for a later date.  **Remember that no hearing will be held if you do not timely serve a written response.**

Date of  service:  November 2, 2021        GRB Law
                                           Attorneys for Movant

                                           /s/S. James Wallace
                                           S. James Wallace
                                           PA. ID No. 28815
                                           jwallace@grblaw.com
                                           Jeffrey R. Hunt
                                           P.A. ID No. 90342
                                           jhunt@grblaw.com
                                           GRB Law
                                           437 Grant Street, 14th Floor
                                           Pittsburgh, Pa. 15219-6107
                                           412-281-0587