# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : |
| | : Case No. 19-70533-JAD |
| **Zachary J.L. Severns, Sr.,** | : |
| | : Chapter 13 |
| **Debtor** | : |
| | : |

## CERTIFICATE OF SERVICE OF LOCAL FORM NO. 12

I, Jessica L. Tighe, Legal Assistant for the Law Offices of Kenny P. Seitz certify I am over the age of eighteen years old under penalty of perjury that I served or caused to be served, on the 20th day of December, 2021, a true and correct copy of the Order dated December 16, 2021, together with the above Debtor's Local Form No. 12 (with the complete social security number) by First-Class Mail. U.S. Postage paid on the Parties below:

    RLJ MANAGEMENT CO., INC.
    C/O PAYROLL ACCOUNT
    3021 E. DUBLIN-GRANVILLE ROAD #200
    COLUMBUS, OH 43231

    ZACHARY J.L. SEVERNS, SR.
    218 OLD ORCHARD WAY
    JOHNSTOWN, PA 15905

    Chapter 13 Trustee, Ronda J. Winnecour, Esquire will not be served per her request.

Executed on: <u>December 20, 2021</u>

Respectfully submitted,
/s/ Jessica L. Tighe
Jessica L. Tighe; Legal Asst.
Law Offices of Kenny P. Seitz
P. O. Box 211
Ligonier, PA  15658
(814) 536-7470