# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:                                          :
                                                : Case No. 19-70533-JAD
**Zachary J.L. Severns, Sr.,**                  :
                                                : Chapter 13
       **Debtor**    :
                                                :

## CERTIFICATE OF SERVICE OF LOCAL FORM NO. 12

I, Jessica L. Tighe, Legal Assistant for the Law Offices of Kenny P. Seitz certify I am over the age of eighteen years old under penalty of perjury that I served or caused to be served, on the 31st day of January, 2022, a true and correct copy of the Order dated January 28, 2022, together with the above Debtor's Local Form No. 12 (with the complete social security number) by First-Class Mail. U.S. Postage paid on the Parties below:

    RLJ MANAGEMENT CO., INC.
    C/O PAYROLL ACCOUNT
    3021 E. DUBLIN-GRANVILLE ROAD #200
    COLUMBUS, OH 43231

    ZACHARY J.L. SEVERNS, SR.
    218 OLD ORCHARD WAY
    JOHNSTOWN, PA 15905

    Chapter 13 Trustee, Ronda J. Winnecour, Esquire will not be served per her request.

| | |
|---|---|
| | Respectfully submitted, |
| Executed on: <u>January 31, 2022</u> | /s/ Jessica L. Tighe |
| | Jessica L. Tighe; Legal Asst. |
| | Law Offices of Kenny P. Seitz |
| | P. O. Box 211 |
| | Ligonier, PA  15658 |
| | (814) 536-7470 |