**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: <br><br> ZACHARY J.L. SEVERNS, SR. <br><br> Debtor(s) <br><br> Ronda J. Winnecour <br> Chapter 13 Trustee, <br>     Movant <br>     vs. <br> No Respondents. | Case No.:19-70533 JAD <br><br> Chapter 13 <br><br> Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

October 25, 2024

/s/  Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

  1. The case was filed on 08/29/2019 and confirmed on 1/2/20 . The case was subsequently   Completed After Confirmation

  2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 53,801.50 |
| Less Refunds to Debtor | 787.12 | |
| TOTAL AMOUNT OF PLAN FUND | | 53,014.38 |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 3,619.00 | |
|   Trustee Fee | 2,699.33 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 6,318.33 |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   QUICKEN LOANS LLC FKA QUICKEN LOAN | 0.00 | 27,612.62 | 0.00 | 27,612.62 |
|     Acct: 9426 | | | | |
|   QUICKEN LOANS LLC FKA QUICKEN LOAN | 5,472.77 | 5,472.77 | 0.00 | 5,472.77 |
|     Acct: 9426 | | | | |
|   JPMORGAN CHASE BANK NA | 4,591.18 | 4,591.18 | 802.30 | 5,393.48 |
|     Acct: 1102 | | | | |
|   ONE MAIN FINANCIAL GROUP LLC - A/S/F | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 5698 | | | | |
| | | | | 38,478.87 |
| **Priority** | | | | |
|   KENNETH P SEITZ ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   ZACHARY J.L. SEVERNS, SR. | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   ZACHARY J.L. SEVERNS, SR. | 787.12 | 787.12 | 0.00 | 0.00 |
|     Acct: | | | | |
|   LAW OFFICES OF KENNETH P SEITZ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   KENNETH P SEITZ ESQ | 3,619.00 | 3,619.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   PEOPLES NATURAL GAS CO LLC* | 0.00 | 6,263.95 | 0.00 | 6,263.95 |
|     Acct: 1770 | | | | |
|   QUICKEN LOANS LLC FKA QUICKEN LOAN | 1,400.00 | 1,400.00 | 0.00 | 1,400.00 |
|     Acct: 9426 | | | | |
| | | | | 7,663.95 |
| **Unsecured** | | | | |
|   AMERISERV FINANCIAL | 7,882.82 | 314.68 | 0.00 | 314.68 |
|     Acct: 0418 | | | | |
|   PORTFOLIO RECOVERY ASSOCIATES LLC | 1,616.42 | 64.53 | 0.00 | 64.53 |
|     Acct: 9026 | | | | |
|   DIRECTV LLC BY AMERICAN INFOSOURC | 81.20 | 3.24 | 0.00 | 3.24 |
|     Acct: 1172 | | | | |
|   JEFFERSON CAPITAL SYSTEMS LLC* | 952.26 | 38.01 | 0.00 | 38.01 |

19-70533 JAD                                                                                  Page 2 of 2

| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---:|---:|---:|---:|
| Unsecured | | | | | |
| | Acct: 6537 | | | | |
| | JPMORGAN CHASE BANK NA S/B/M/T CHA | 2,531.57 | 101.06 | 0.00 | 101.06 |
| | Acct: 3254 | | | | |
| | MIDLAND FUNDING LLC | 379.34 | 15.14 | 0.00 | 15.14 |
| | Acct: 2918 | | | | |
| | PORTFOLIO RECOVERY ASSOCIATES LLC | 415.18 | 16.57 | 0.00 | 16.57 |
| | Acct: 7751 | | | | |
| | DOMESTIC RELATIONS OBLIGATION | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | SYNCHRONY BANK** | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 2918 | | | | |
| | PHELAN HALLINAN DIAMOND & JONES LL | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | MANLEY DEAS KOCHALSKI LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | GRB LAW** | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | | | | | 553.23 |

TOTAL PAID TO CREDITORS                                                              46,696.05

TOTAL CLAIMED
PRIORITY        1,400.00
SECURED        10,063.95
UNSECURED      13,858.79

Date: 10/25/2024

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
    ZACHARY J.L. SEVERNS, SR.

        Debtor(s)

Ronda J. Winnecour
        Movant
     vs.
No Repondents.

Case No.:19-70533 JAD

Chapter 13

Document No.:

ORDER OF COURT

  AND NOW, this _____ day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

  (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

  (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

  (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

  (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

  (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

  (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-70533-JAD |
| Zachary J.L. Severns, Sr. | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-7 | User: auto | Page 1 of 3 |
| Date Rcvd: Oct 25, 2024 | Form ID: pdf900 | Total Noticed: 22 |

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 27, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Zachary J.L. Severns, Sr., 218 Old Orchard Way, Johnstown, PA 15905-3222 |
| 15137231 | + | QUICKEN LOANS INC., BANKRUPTCY TEAM, 635 WOODWARD AVE., DETROIT MI 48226-3408 |
| 15114014 | + | Quicken Loans, 1050 Woodward Ave, Detroit, MI 48226-3573 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 26 2024 00:33:25 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Oct 26 2024 01:00:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 15114005 | + | Email/Text: assignedrisk@ameriserv.com | Oct 26 2024 01:10:00 | Ameriserv Financial, 216 Franklin Street, 6th Fl., Ste. 608, PO Box 520, Johnstown, PA 15907-0520 |
| 15114006 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 26 2024 00:55:16 | Best Buy/cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 15114007 | + | Email/Text: bankruptcy@credencerm.com | Oct 26 2024 01:10:00 | Credence Resource Mana, Po Box 2300, Southgate, MI 48195-4300 |
| 15145896 | | Email/Text: G06041@att.com | Oct 26 2024 01:09:00 | Directv, LLC, by American InfoSource as agent, PO Box 5008, Carol Stream, IL 60197-5008 |
| 15114008 | | Email/Text: JCAP_BNC_Notices@jcap.com | Oct 26 2024 01:09:00 | Jefferson Capital Syst, 16 Mcleland Rd, Saint Cloud, MN 56303 |
| 15137085 | | Email/Text: JCAP_BNC_Notices@jcap.com | Oct 26 2024 01:09:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 15152067 | | Email/PDF: ais.chase.ebn@aisinfo.com | Oct 26 2024 00:33:17 | JPMorgan Chase Bank, N.A., National Bankruptcy Department, P.O. Box 29505 AZ1-5757, Phoenix AZ 85038-9505 |
| 15114009 | | Email/PDF: ais.chase.ebn@aisinfo.com | Oct 26 2024 00:57:02 | Jpmcb Auto, Po Box 901003, Ft Worth, TX 76101 |
| 15114010 | | Email/PDF: ais.chase.ebn@aisinfo.com | Oct 26 2024 00:32:05 | Jpmcb Card, Po Box 15298, Wilmington, DE 19850 |
| 15126254 | + | Email/Text: RASEBN@raslg.com | Oct 26 2024 01:00:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 15114011 | + | Email/Text: bankruptcydpt@mcmcg.com | Oct 26 2024 01:09:00 | Midland Funding, 320 E Big Beaver Rd Ste, Troy, MI 48083-1238 |
| 15145272 | + | Email/Text: bankruptcydpt@mcmcg.com | Oct 26 2024 01:09:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |

Case 19-70533-JAD    Doc 88    Filed 10/27/24    Entered 10/28/24 00:29:57    Desc Imaged
Certificate of Notice    Page 6 of 7

| District/off: 0315-7 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Oct 25, 2024 | Form ID: pdf900 | Total Noticed: 22 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 15140046 | | Email/PDF: cbp@omf.com | Oct 26 2024 00:33:14 | ONEMAIN FINANCIAL SERVICES, INC., PO BOX 3251, EVANSVILLE, IN 47731-3251 |
| 15114012 | + | Email/PDF: cbp@omf.com | Oct 26 2024 00:33:17 | Onemain, Po Box 1010, Evansville, IN 47706-1010 |
| 15141934 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 26 2024 00:33:25 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15114013 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 26 2024 00:33:17 | Portfolio Recov Assoc, 120 Corporate Blvd Ste 100, Norfolk, VA 23502-4952 |
| 15115314 | ^ | MEBN | Oct 26 2024 00:08:01 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 19

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | JPMorgan Chase Bank, N.A. |
| cr | | Quicken Loans INC. |
| cr | | Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/ |
| 15215097 | *+ | QUICKEN LOANS INC., BANKRUPTCY TEAM,, 635 WOODWARD AVE, DETROIT MI 48226-3408 |

TOTAL: 3 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 27, 2024    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 25, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brent J. Lemon | on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. blemon@kmllawgroup.com, lemondropper75@hotmail.com |
| Denise Carlon | on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. dcarlon@kmllawgroup.com |
| Denise Carlon | on behalf of Creditor Quicken Loans INC. dcarlon@kmllawgroup.com |
| Jerome B. Blank | on behalf of Creditor Quicken Loans INC. jblank@pincuslaw.com  brausch@pincuslaw.com |
| Kenneth P. Seitz | on behalf of Debtor Zachary J.L. Severns  Sr. thedebterasers@aol.com |
| Office of the United States Trustee | |

District/off: 0315-7 | User: auto | Page 3 of 3

Date Rcvd: Oct 25, 2024 | Form ID: pdf900 | Total Noticed: 22

|  |  |
|---|---|
|  | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com |
| Stephen Russell Franks | on behalf of Creditor JPMorgan Chase Bank  N.A. amps@manleydeas.com |
| Thomas Song | on behalf of Creditor Quicken Loans INC. pawb@fedphe.com |

TOTAL: 10