Certificate Number: 03621-PAW-DE-039114534

Bankruptcy Case Number: 19-70533



03621-PAW-DE-039114534

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>December 2, 2024</u>, at <u>8:45</u> o'clock <u>AM EST</u>, <u>Zachary Severns</u> completed a course on personal financial management given <u>by internet</u> by <u>Credit Card Management Services, Inc. d/b/a Debthelper.com</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Western District of Pennsylvania</u>.

Date:  <u>December 2, 2024</u>    By:    <u>/s/Wafaa Elmaaroufi</u>

Name:  <u>Wafaa Elmaaroufi</u>

Title:  <u>Credit Counselor</u>