| Fill in this information to identify the Fill in this information to identify the case: |
|---|
| Debtor 1    Zachary J.L. Severns Sr. |
| Debtor 2 |
| United States Bankruptcy Court for the WESTERN District of Pennsylvania |
| Case number    19-70533 JAD |

Official Form 410S1

# Notice of Mortgage Payment Change                                    12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc.

**Court claim no.** (if known): 4

**Last 4 digits** of any number you use to identify the debtor's account: 9426

**Date of payment change:**
Must be at least 21 days after date of this notice     12/01/2022

**New total payment:**     $445.55
Principal, interest, and escrow, if any

### Part 1: Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**
   - ☐ No
   - ☒ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment: $262.49          New escrow payment: $259.26

### Part 2: Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**
   - ☒ No
   - ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate: _____%          New interest rate: _____%

   Current principal and interest payment: $_____     New principal and interest payment: $_____

### Part 3: Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**
   - ☒ No
   - ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.
      (*Court approval may be required before the payment change can take effect.*)
      Reason for change: _____

   Current mortgage payment: $_____          New mortgage payment: $_____

Official Form 410S1                    Notice of Mortgage Payment Change                    page 1

Debtor(s)   <u>Zachary J.L. Severns</u>   Case number (*if known*) <u>19-70533 JAD</u>
            First Name  Middle Name  Last Name

| Part 4: | Sign Here |
|---|---|

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ /s/<u>Brian C. Nicholas (Atty ID: 317240)</u>   Date   10/24/2022
   Signature
Print: Brian Nicholas
       24 Oct 2022, 07:59:27, EDT

Title   <u>Attorney for Creditor</u>

Company   <u>KML Law Group, P.C.</u>

Address   <u>701</u>   <u>Market Street, Suite 5000</u>
          Number    Street
          Philadelphia,                    PA    19106
          City                             State ZIP Code

Contact phone  (215) 627–1322        Email <u>bkgroup@kmllawgroup.com</u>

---

Official Form 410S1            **Notice of Mortgage Payment Change**            page 2

Document ID: 748e42adf1bfc7d59b865a5ca5a8d5c4a9b1ca37a8312c63b99593b47f165942